No. 98–9210 (A–917).  BABBITT v. WOODFORD, WARDEN.  C. A. 9th Cir.  Application for stay of execution of sentence of death, presented to JUSTICE O'CONNOR, and by her referred to the Court, denied.  Certiorari denied.

MAY 5, 1999

No. 98–920.  TREMBLING PRAIRIE LAND CO. v. FEDERAL DEPOSIT INSURANCE CORPORATION.  C. A. 5th Cir.  Certiorari dismissed under this Court's Rule 46.1.

No. 98–9248 (A–928).  IN RE VICKERS.  Application for stay of execution of sentence of death, presented to JUSTICE O'CONNOR, and by her referred to the Court, denied.  Petition for writ of habeas corpus denied.

No. 98–9177 (A–906).  COLEMAN v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir.  Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied.  Certiorari denied.  JUSTICE STEVENS and JUSTICE GINSBURG would grant the application for stay of execution.

No. 98–9206 (A–914).  VICKERS v. STEWART, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 9th Cir.  Application for stay of execution of sentence of death, presented to JUSTICE O'CONNOR, and by her referred to the Court, denied. Certiorari denied.

No. 98–9249 (A–929).  VICKERS v. STEWART, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 9th Cir.  Application for stay of execution of sentence of death, presented to JUSTICE O'CONNOR, and by her referred to the Court, denied. Certiorari denied.

No. 88–7629 (A–920).  VICKERS v. ARIZONA, 497 U. S. 1033. Application for stay of execution of sentence of death, presented